| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mark Neitro | 9/15/1969 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 2 | Dorothy Nelson | 10/23/1955 | WI | Eastern District of Wisconsin | No | Kenosha Water Utility (WI2300046) | No | Kidney Cancer | 1-9 |
| 3 | Jason Nelson | 4/10/1982 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 4 | Ronald Nelson | 9/13/1957 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 5 | Russell Nelson | 9/26/1965 | NC | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Kidney Cancer | 1-9 |
| 6 | Scott J Neubauer | 2/3/1981 | IL | Northern District of Illinois | No | Belvidere (IL0070050) | No | Testicular Cancer | 1-9 |
| 7 | Bradley Kent Neuhart | 8/3/1967 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 8 | Jeffrey Newcomb | 2/5/1970 | MA | District of Massachusetts | No | Hanson Water Department (MA4123000) | No | Testicular Cancer | 1-9 |
| 9 | Wade Newlands | 5/6/1973 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 10 | Carolyn Newman | 8/12/1958 | TX | Western District of Texas | No | City of Boerne (TX1300001) | No | Kidney Cancer | 1-9 |
| 11 | Sherri Newman | 9/21/1960 | TX | Eastern District of Texas | No | City Of Huntsville (TX2360001) | No | Kidney Cancer | 1-9 |
| 12 | Crystal Newsome | 3/7/1969 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 13 | John Newsome | 12/22/1970 | NJ | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 14 | Edward J Nichols Jr. | 11/25/1952 | TX | Southern District of Texas | No | Harris County Wcid 36 (TX1010239) | No | Liver Cancer | 1-9 |
| 15 | David Nichols | 8/29/1985 | CA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Ulcerative Colitis | 1-9 |
| 16 | Sarah Nickley | 11/1/1987 | MA | District of Massachusetts | No | Methuen Water Department (MA3181000) | No | Ulcerative Colitis | 1-9 |
| 17 | Theresa Niederlander | 2/26/1957 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Michael Niglio | 10/13/1959 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 19 | Dan Niles | 7/17/1951 | OR | District of Oregon | No | City Of Tyler (TX2120004) | No | Kidney Cancer | 1-9 |
| 20 | Danny Ninevski | 5/8/1985 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 21 | Jody Nix | 5/21/1968 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 22 | Jimmy Nizzo | 1/10/1957 | NY | Eastern District of New York | No | Village of Garden City (NY2902824) | No | Kidney Cancer | 1-9 |
| 23 | Michael Noce | 2/8/1988 | PA | Eastern District of Pennsylvania | No | North Wales Water Authority (PA1460048) | No | Ulcerative Colitis | 1-9 |
| 24 | Suzanne R Noe | 6/26/1950 | FL | Middle District of Florida | No | Dallas Water Utility (TX0570004) | No | Ulcerative Colitis | 1-9 |
| 25 | Stephanie M. Nolan | 9/17/1973 | SC | District of South Carolina | No | City of Union (SC4410001) | No | Kidney Cancer | 1-9 |
| 26 | Roy William Norris | 3/20/1962 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 27 | Sheron Norris | 7/5/1966 | TN | Middle District of Tennessee | No | Murfreesboro Water Department (TN0000491) | No | Kidney Cancer | 1-9 |
| 28 | Christine Norton | 7/7/1969 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Kidney Cancer | 1-9 |
| 29 | Fred Norvelle | 1/13/1961 | TX | Eastern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 30 | Jesus Norzagaray | 4/27/1985 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 31 | Tristan Ochoa | 12/27/1995 | TX | Southern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| 32 | Tim O'Donnell | 10/7/1960 | IL | Northern District of Illinois | No | Northbrook (IL0312070) | No | Kidney Cancer | 1-9 |
| 33 | Sandra Ogborn | 4/22/1952 | SC | District of South Carolina | No | Ocean Lakes LTD (SC2660048) | No | Kidney Cancer | 1-9 |
| 34 | Addam Ohara | 11/24/1986 | WI | Western District of Wisconsin | No | Wausau Waterworks (WI7370102) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Kenneth O'keefe | 6/7/1959 | PA | Eastern District of Pennsylvania | No | Horsham Water & Sewer Authority (PA1460033) | No | Liver Cancer | 1-9 |
| 36 | Jaime Olazaba | 3/8/1973 | NM | District of New Mexico | No | Boles Acres Water System (NM3513419) | No | Kidney Cancer | 1-9 |
| 37 | Ruben Olivas | 1/17/1956 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 38 | Catherine Oliver | 1/27/1960 | SC | District of South Carolina | No | Orangeburg DPU (SC3810001) | No | Kidney Cancer | 1-9 |
| 39 | Charlton Oliver | 2/4/1960 | FL | Middle District of Florida | No | City of Zephyrhills (FL6512020) | No | Kidney Cancer | 1-9 |
| 40 | Christopher Oliver | 9/9/1980 | CA | Central District of California | No | Elk Grove Water Service (CA3410008) | No | Kidney Cancer | 1-9 |
| 41 | Nicole Olsen | 12/13/1971 | NJ | District of New Jersey | No | North Brunswick Water Department (NJ1215001) | No | Ulcerative Colitis | 1-9 |
| 42 | Daniel Olson | 3/23/1947 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 43 | Gavin Olson | 12/14/2004 | OR | District of Oregon | No | Springfield Utility Board (OR4100837) | No | Testicular Cancer | 1-9 |
| 44 | Oluwadamiliola Olukemi | 7/13/1996 | MD | District of Maryland | No | Maryland American Water Company (MD0120003) | No | Kidney Cancer | 1-9 |
| 45 | Jose Olvera | 5/4/1969 | CA | Central District of California | No | City of Corona (CA3310037) | No | Kidney Cancer | 1-9 |
| 46 | Victor Olvera | 4/7/1978 | CA | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 47 | Timothy Omalley | 8/23/1960 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 48 | Alexis Oms | 8/10/1975 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 49 | Anna Oneal | 8/9/1952 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 50 | Dennis Oneil | 9/9/1966 | MA | District of Massachusetts | No | North Adams Water Dept (MA1209000) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Joseph O'Neill | 7/2/1954 | CT | District of Connecticut | No | Aquarion Water Company of CT (CT0150011) | No | Kidney Cancer | 1-9 |
| 52 | Arthur Orona | 12/7/1946 | CA | Central District of California | No | West Valley Water District (CA3610004) | No | Kidney Cancer | 1-9 |
| 53 | Stephen Orourke | 4/23/1956 | MA | District of Massachusetts | No | Abington/Rockland Joint Water Works (MA4001000) | No | Kidney Cancer | 1-9 |
| 54 | Martin Orozco | 8/13/1967 | CA | Central District of California | No | Inglewood City Water Department (CA1910051) | No | Testicular Cancer | 1-9 |
| 55 | Armando Ortega Jr. | 4/11/1982 | CA | Central District of California | No | California Water Service - ELA (CA1910036) | No | Testicular Cancer | 1-9 |
| 56 | Jose Ortega | 7/7/1964 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 57 | Julian Ortega | 6/9/1993 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Testicular Cancer | 1-9 |
| 58 | River Ortega | 10/22/1997 | CA | Central District of California | No | San Bernardino City (CA3610039) | No | Testicular Cancer | 1-9 |
| 59 | Gerardo Ortiz | 1/30/1995 | UT | District of Utah | No | Provo City (UTAH25006) | No | Testicular Cancer | 1-9 |
| 60 | Gilbert Ortiz | 3/7/1947 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Liver Cancer | 1-9 |
| 61 | Jake Ortiz | 3/23/1962 | CO | District of Colorado | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 62 | Johnathon Ortiz | 7/20/2005 | CA | Central District of California | No | City of Rialto (CA3610038) | No | Testicular Cancer | 1-9 |
| 63 | Jonathan Ortiz | 1/29/1988 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 64 | Nicholas Orzech | 9/3/1993 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 65 | Cathy Osborn | 5/23/1962 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 66 | Mauricio Osorio | 7/16/1966 | CA | Central District of California | No | City Of San Juan Capistrano (CA3010030) | No | Kidney Cancer | 1-9 |
| 67 | Kenneth Ostert | 4/28/1984 | IA | Northern District of Iowa | No | Dubuque Water Works (IA3126052) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 68 | Patrick Ostrowski | 7/3/1950 | MN | District of Minnesota | No | Newport (MN1820014) | No | Kidney Cancer | 1-9 |
| 69 | Michelle D. Otero | 10/17/1971 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 70 | John Otis | 12/13/1965 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 71 | Debra Owens Mercer | 12/25/1952 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 72 | Diane Owens | 5/7/1959 | VA | Eastern District of Virginia | No | City Of Chesapeake - Western Branch Sys (VA3550050) | No | Kidney Cancer | 1-9 |
| 73 | Peter Oxford | 8/9/1990 | AR | Eastern District of Arkansas | No | Texarkana Water Utilities (TX0190004) | No | Testicular Cancer | 1-9 |
| 74 | Paul Pace | 1/1/1967 | CA | Central District of California | No | Bellflower - Somerset MWC (CA1910013) | No | Ulcerative Colitis | 1-9 |
| 75 | Maria Padilla | 4/28/1969 | CA | Central District of California | No | Azusa Light & Water (CA1910007) | No | Ulcerative Colitis | 1-9 |
| 76 | Roberto Pagan | 10/2/1979 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 77 | John P. Page | 12/31/1950 | MA | District of Massachusetts | No | Newburyport Water Department (MA3206000) | No | Ulcerative Colitis | 1-9 |
| 78 | Michael Page | 12/8/1975 | NC | Western District of North Carolina | No | City of Raleigh (NC0392010) | No | Ulcerative Colitis | 1-9 |
| 79 | Dwayne Palmer | 7/5/1959 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 80 | John Panepinto | 3/24/1946 | NJ | District of New Jersey | No | Winslow Township DMU (NJ0436007) | No | Kidney Cancer | 1-9 |
| 81 | Michael Panzera | 8/1/1955 | NJ | District of New Jersey | No | Willingboro Municipal Authorities (NJ0338001) | No | Kidney Cancer | 1-9 |
| 82 | Peter Paquette | 5/28/1986 | MA | District of Massachusetts | No | Uxbridge Dpw, Water Division (MA2304000) | No | Testicular Cancer | 1-9 |
| 83 | Austin Paradise | 6/11/2002 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 84 | Michael Paradise | 7/1/1987 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 85 | Hugo Paredes | 2/7/1959 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 86 | John Parente | 4/7/1982 | NJ | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 87 | Erin Park | 11/23/1961 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 88 | Ki Park | 3/9/1974 | CA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Kidney Cancer | 1-9 |
| 89 | Semee Park | 1/29/1986 | CA | Central District of California | No | Glendale-City, Water Dept. (CA1910043) | No | Ulcerative Colitis | 1-9 |
| 90 | Enrique Parker Sr. | 5/29/1987 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Testicular Cancer | 1-9 |
| 91 | Angela Parker | 5/6/1964 | NC | Western District of North Carolina | No | Union County Water System (NC0190413) | No | Kidney Cancer | 1-9 |
| 92 | Charles R Parker | 1/19/1957 | MS | Southern District of Mississippi | No | Sunrise Utility Assn Inc (MS0180013) | No | Kidney Cancer | 1-9 |
| 93 | Kirsten Parker | 1/9/1979 | WA | District of Washington | No | Lakewood Water District (WA5345550) | No | Kidney Cancer | 1-9 |
| 94 | Tammie Parmenter | 3/15/1980 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Ulcerative Colitis | 1-9 |
| 95 | Sandra Parra | 4/14/1966 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 96 | Kent Parramore | 1/10/1969 | TX | Northern District of Texas | No | City Of North Richland Hills (TX2200063) | No | Testicular Cancer | 1-9 |
| 97 | Thomas M Parrish | 8/28/1951 | NC | Middle District of North Carolina | No | Orange Water & Sewer Authority (NC0368010) | No | Kidney Cancer | 1-9 |
| 98 | Paul Parvin | 11/26/1952 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Kidney Cancer | 1-9 |
| 99 | Hector Pasillas | 10/12/1956 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 100 | Alysha Pass | 4/3/1992 | TX | Northern District of Texas | No | City Of Rockwall (TX1990001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Cynthia Pastore | 3/31/1966 | NY | Eastern District of New York | No | Hicksville WD (NY2902829) | No | Kidney Cancer | 1-9 |
| 102 | Lashendra Patrick | 2/7/1968 | FL | Middle District of Florida | No | Town Of Eatonville (FL3480327) | No | Kidney Cancer | 1-9 |
| 103 | Bobby Patterson | 10/13/1966 | SC | District of South Carolina | No | Laurens County W&S Comm (SC3020001) | No | Kidney Cancer | 1-9 |
| 104 | Marisha Patterson | 3/4/1967 | NC | Middle District of North Carolina | No | City of Durham (NC0332010) | No | Ulcerative Colitis | 1-9 |
| 105 | Beverly Patton | 8/30/1956 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 106 | Christine A. Patton | 2/23/1969 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 107 | Michael Paulaitis | 3/27/1972 | NJ | District of New Jersey | No | United Mobile Homes Of Vineland (NJ0614005) | No | Testicular Cancer | 1-9 |
| 108 | Crystal Pauley | 3/5/1983 | OH | Southern District of Ohio | No | Scioto Water, Inc.-Rose Hill (OH7300303) | No | Kidney Cancer | 1-9 |
| 109 | Robert Payne | 4/3/1985 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 110 | Gerardo Paz | 1/10/1988 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 111 | Eric Peabody | 1/15/1971 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 112 | Richard Peacock | 4/2/1978 | TN | Eastern District of Tennessee | No | Shelbyville Water System (TN0000628) | No | Testicular Cancer | 1-9 |
| 113 | Kalesha Pearson | 5/21/1981 | SC | District of South Carolina | No | Hammond W/D (Sc0420007) (SC0420007) | No | Kidney Cancer | 1-9 |
| 114 | William Pearson | 7/28/1960 | PA | Middle District of Pennsylvania | No | Williamsport Municipal Water Authority (PA4410173) | No | Testicular Cancer | 1-9 |
| 115 | James Peck | 11/8/1956 | FL | Southern District of Florida | No | Boynton Beach PWS (FL4500145) | No | Kidney Cancer | 1-9 |
| 116 | James Peek | 11/21/1951 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 117 | Cory Peet | 1/28/1985 | FL | Middle District of Florida | No | Hernando County Utilities - West (FL6277059) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 118 | Joseph Peete | 7/22/1961 | IN | Northern District of Indiana | No | Elkhart Public Works & Utilities (IN5220008) | No | Kidney Cancer | 1-9 |
| 119 | Sorin Pena | 3/27/2000 | TX | Northern District of Texas | No | City Of Watauga (TX2200328) | No | Testicular Cancer | 1-9 |
| 120 | Joey Pender | 9/2/1962 | NC | Eastern District of North Carolina | No | City Of Wilson (NC0498010) | No | Kidney Cancer | 1-9 |
| 121 | Julius Pendergrass | 11/16/1960 | SC | District of South Carolina | No | City of Rock Hill (SC4610002) | No | Kidney Cancer | 1-9 |
| 122 | Lavelle Pendleton | 3/25/1983 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Testicular Cancer | 1-9 |
| 123 | Jason Pendragon | 9/14/1982 | KY | Western District of Kentucky | No | Hardin County Water District #2 (KY0470175) | No | Kidney Cancer | 1-9 |
| 124 | Adolfo Perales | 10/21/1956 | TX | Northern District of Texas | No | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |
| 125 | Luis Perdomo | 8/6/1996 | FL | Southern District of Florida | No | Delray Beach Public Water System (FL4500351) | No | Testicular Cancer | 1-9 |
| 126 | Edward Peres | 1/17/1985 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 127 | Alex Perez | 10/19/1983 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Testicular Cancer | 1-9 |
| 128 | Daryan Perez | 10/14/2005 | FL | Southern District of Florida | No | City Of Hialeah (FL4130604) | No | Testicular Cancer | 1-9 |
| 129 | Eloy Perez | 1/10/1956 | TX | Southern District of Texas | No | City Of Pasadena (TX1010293) | No | Kidney Cancer | 1-9 |
| 130 | Joseph Perez | 11/2/1959 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 131 | Maria Perez | 8/13/1975 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Liver Cancer | 1-9 |
| 132 | Regina Perez | 3/11/1982 | CO | District of Colorado | No | Evans City Of (CO0162260) | No | Ulcerative Colitis | 1-9 |
| 133 | Sylvana Perez | 3/19/1987 | FL | Southern District of Florida | No | City Of Lauderhill (FL4060787) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 134 | Lenora Perkins Crawford | 10/2/1962 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 135 | Jason Perkins | 10/4/1969 | LA | Western District of Louisiana | No | City Of Bossier City Water System (LA1015004) | No | Kidney Cancer | 1-9 |
| 136 | Jeffrey Perrelli | 8/23/1961 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 137 | Keith Perrotti | 9/16/1963 | CT | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Kidney Cancer | 1-9 |
| 138 | Gary L. Perry | 9/20/1942 | CA | Eastern District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |
| 139 | Maryann Perry | 2/1/1955 | NJ | District of New Jersey | No | NJ American Water - Washington/Oxford (NJ2121001) | No | Kidney Cancer | 1-9 |
| 140 | Michael Lee Perry | 3/22/1960 | TX | Northern District of Texas | No | City Of Mineral Wells (TX1820001) | No | Kidney Cancer | 1-9 |